IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOMINIC MALONE AND LAKENISA NOBLES,
INDIVIDUALLY, AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
LOREL KA'HEIM MALONE, DECEASED                                          PLAINTIFFS

VERSUS                                                          CAUSE NO. 1:15cv371-LG-RHW

MOSS POINT SCHOOL DISTRICT, *ET AL.*                                    DEFENDANTS

### AGREED ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

CAME ON to be heard the Unopposed Motion [9] to Dismiss Certain Defendants, and the Court, being advised that both parties agree to dismissal of certain Defendants in this action, is of the opinion that the following claims should be dismissed with prejudice:

1. All claims against Defendant, Moss Point School District Board of Education, shall be dismissed with prejudice;[1]

2. The individual and official capacity claims against Defendant, Maggie Griffin, shall be dismissed with prejudice;[2]

3. The individual and official capacity claims against Defendant, Susan Stachowski, shall be dismissed with prejudice;[3]

4. The individual and official capacity claims against Defendant, Shannon Vincent, shall be dismissed with prejudice;[4] and

5. The official capacity claims against Defendant, Joanne H. Pettaway, shall be dismissed with prejudice.

---

[1] The Moss Point School District Board of Education was identified as the Moss Point School Board in the First Amended Complaint. [ECF Doc. 3].

[2] Maggie Griffin was identified as Superintendent Maggie Griffin in the First Amended Complaint. [*Id.*].

[3] Susan Stachowski was identified as Principal Susan Stachowski in the First Amended Complaint. [*Id.*].

[4] Shannon Vincent was identified as Superintendent Shannon Vincent in the First Amended Complaint. [*Id.*].

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Unopposed Motion [9] to Dismiss Certain Defendants is **GRANTED** such that the claims mentioned above are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs.  The only remaining claims in this action are those against Defendant, Moss Point School District, and the individual capacity claim against Defendant, Joanne H. Pettaway.  This Order constitutes a final judgment for purposes of Rule 54 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 16th day of February, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE

**AGREED TO:**

Edward Blackmon, Jr.
BLACKMON & BLACKMON, PLLC
907 West Peace Street
Canton, Mississippi 39046
edblackmon@blackmonlawfirm.com

Haley N. Broom, MSB #101838
Drury S. Holland, MSB #104371
DUKES, DUKES, KEATING & FANECA, P.A.
2909 13th Street, Sixth Floor
Post Office Drawer W
Gulfport, Mississippi 39501
hbroom@ddkf.com
dholland@ddkf.com

**PREPARED BY:**

Haley N. Broom, MSB #101838

Drury S. Holland, MSB #104371
DUKES, DUKES, KEATING & FANECA, P.A.
2909 13th Street, Sixth Floor
Post Office Drawer W
Gulfport, Mississippi 39501
hbroom@ddkf.com
dholland@ddkf.com