## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DOMINIC MALONE and**
**LAKENISA NOBLES, Individually**
**and on Behalf of the Wrongful**
**Death Beneficiaries of Lorel**
**Ka'Heim Malone, Deceased**                                            **PLAINTIFFS**

**v.**                                         **CAUSE NO. 1:15CV371-LG-RHW**

**MOSS POINT SCHOOL DISTRICT**                                          **DEFENDANT**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of November, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge